No. 631. STEAMSHIP "WILLDOMINO," ETC. *v.* CITRO CHEMICAL COMPANY OF AMERICA; and

No. 632. STEAMSHIP "WILLDOMINO," ETC. *v.* CHARLES PFIZER & COMPANY, INC.; and

No. 633. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER, ETC. *v.* CHARLES PFIZER & COMPANY, INC. October 27, 1924. Petition for writs of certiorari to the

Circuit Court of Appeals for the Third Circuit granted. *Mr. Francis Rawle, Mr. Joseph W. Henderson, Mr. George Whitefield Betts, Jr.,* and *Mr. George C. Sprague* for petitioners. *Mr. D. Roger Englar* and *Mr. James D. Carpenter, Jr.,* for respondent. *Mr. John W. Griffin* and *Mr. Roscoe H. Hupper,* by leave of court filed briefs as *amici curiae.*